JL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Dongui Zhu, | No.    CV-26-01734-PHX-JJT (CDB) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, *et al.*, | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)  The Court will require Respondents to answer the Petition.

Petitioner is a citizen of China who entered the United States on December 3, 2024.  (*Id*. ¶ 29.)  Petitioner was taken into custody that day and has remained continuously detained since then.  (*Id.*)  Petitioner filed an application for asylum, which was denied on September 5, 2025.  (*Id.*)  Petitioner filed an appeal with the Board of Immigration Appeals, which remains pending.  (*Id.*)

Petitioner contends his prolonged, indefinite detention pursuant to 8 U.S.C. § 1225(b) violates his right to due process under the Fifth Amendment.  (*Id.* ¶¶ 38-39.)  Petitioner seeks immediate release, or in the alternative, a bond hearing presided over by this Court, rather than the Immigration Court.  (*Id.* ¶ 57.)

The Court will require Respondents to answer the Petition.

. . . .

. . . .

TERMPSREF

**IT IS ORDERED:**

(1)     Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must answer the Petition within **20 days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)     Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(6)     Petitioner may file a reply within **30 days** from the date of service of the answer.

(7)     This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 16th day of March, 2026.

_____
Honorable John J. Tuchi
United States District Judge

- 2 -

TERMPSREF