**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Dongui Zhu, | |
| Petitioner, | No. CV 26-01734 PHX JJT (CDB) |
| v. | **ORDER** |
| Kristi Noem, Secretary, U.S. Department of Homeland Security, et al., | |
| Respondents. | |

In an order entered March 16, 2026, the Court ordered counsel for Petitioner to "immediately serve the Petition" and the order at ECF No. 4 on Respondents. (ECF No. 4 at 2). To date there is no return of service as executed in the docket in this matter.

Accordingly,

**IT IS ORDERED that** Petitioner's counsel shall have until **March 30, 2026**, to advise as to the status of service in this matter.

Dated this 23rd day of March, 2026.

Camille D. Bibles
United States Magistrate Judge